Filed

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA          99 JUL 20 PM 4: 03

SOUTHERN  DIVISION          U.S. DISTRICT COURT
                            N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 99-PT-0865-S |
| | ) | |
| CALVIN DARNELL JONES, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

JUL 2 0 1999

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by

affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Calvin

Darnell Jones, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the

following findings and conclusions:

1.   The Summons and Complaint were served upon Defendant, Calvin Darnell Jones,

on June 17, 1999; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant, Calvin Darnell Jones, is not an infant or incompetent person, nor has

Defendant been in the military service of the United States since the filing of this suit or for a

period of six months prior to such filing.

3.   Defendant, Calvin Darnell Jones, is indebted to Plaintiff in the principal sum of

$1,533.34, administrative/collection costs of $29.31, U.S. Marshal costs of $42.17, court

costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $1,139.66 as of July

15, 1999, and at the rate of 8% per annum until date of judgment, plus interest from the date

of judgment at the prevailing legal rate per annum.

4

4.   Plaintiff is due to recover from Defendant, Calvin Darnell Jones, the total sum of

$2,894.48,  plus interest hereafter at the prevailing legal rate per annum until paid in full, plus

any additional costs.  An abstract of judgment will be entered accordingly.

Done this the _____ day of July, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE